# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ROSCOMMON ANALYTICS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> YANG GU, <br><br> Defendant. | No. **19 CV 01581** <br><br> PRESERVATION ORDER, TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION |

Upon (1) the Verified Complaint of Roscommon Analytics LLC ("**Roscommon**") sworn to the 19th day of February, 2019 ("Complaint"), (2) Roscommon's related Motion for Preservation Order, Temporary Restraining Order, and Preliminary Injunctive and Equitable Relief and Supporting Memorandum ("**Motion and Memorandum**"), and (3) the Affirmation of John J. Elliott, sworn to February 20, 2019, each hereto annexed, it is

ORDERED, that the above-named defendant show cause before a motion term of this Court, at Room *1106*, United States Courthouse, ~~500 Pearl Street~~ *40 Foley Square*, in the City, County and State of New York, on February, *28*, 2019 at *11:30* o'clock in the *fore* noon thereof, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining or requiring the defendant during the pendency of this action: *

1. to inform Roscommon in writing of the name and address of defendant's new employer within twenty-four (24) hours of the Court's order;

\* *Plaintiff shall make its forensic expert available for testimony at the hearing.*

CHI 69897555v1

2.      within forty-eight (48) hours of the Court's order, to surrender and/or provide access to the My Book[1] drive and any other storage device capable of maintaining electronically stored information for forensic copying by Roscommon's forensics expert;

3.      to attend a deposition to be taken by Roscommon's counsel within seven (7) days after Roscommon's forensics expert completes its forensic investigation of the copies of defendant's data sources.  The deposition shall be taken at Greenberg Traurig, LLP, 1717 Arch Street, Suite 400, Philadelphia, PA 19103, with Roscommon's counsel to provide defendant with fourteen (14) days written notice of the date for the deposition; and

4.      further enjoining defendant, and any person or entity acting on his behalf or in concert with him, from using or disclosing any Roscommon Protected Information acquired by defendant during his employment by Roscommon, including the information contained on the My Book device and any other device or data source in defendant's possession, custody, or control that may contain any Roscommon trade secrets, ~~and it is further ordered; and~~

~~5.      further relief deemed appropriate; and it is further~~

ORDERED that, sufficient reason having been shown therefor, pending the hearing of plaintiff's application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., the defendant, and any person acting on his behalf or in concert with him, is temporarily restrained and enjoined until further order from:

1.      destroying any evidence, tangible or electronically stored, that is the subject matter of this proceeding, including the My Book device and any other device or data source in defendant's possession, custody, or control that may contain any Roscommon Protected Information.

---

[1] Capitalized terms shall have the meaning assigned to them in the Verified Complaint unless defined herein.

2.    using or disclosing any Roscommon Protected Information acquired or created by defendant during his employment by Roscommon, including the information contained on the My Book device and any other device or data source in defendant's possession, custody, or control that may contain any Roscommon Protected Information; and it is further

ORDERED that personal service of a copy of this order and annexed Verified Complaint and Motion and Memorandum upon the defendant or his counsel on or before ——— o'clock in the ——— noon, on February 21, 2019 shall be deemed good and sufficient service thereof in advance of the hearing. Security in the amount of $ 10,000 will be posted by Feb. 22, 2019

DATED:    New York, New York

ISSUED:    February 20, 2019

_____
United States District Judge

* Yang Gu
10 Chickory Place
Newtown, PA 18940
plus email if available

** Proof of service to be filed Feb 22, 2019.

3